Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    **06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Janet**<br>First name<br>**De**<br>Middle name<br>**LaLuz**<br>Last name<br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4 7 6 8**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - __ __ __ __<br>OR<br>**9**xx - xx - __ __ __ __ |

Debtor 1    **Janet**          **De**          **LaLuz**

        First Name    Middle Name    Last Name

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |

**5. Where you live**

**4742 S Throop St**
Number        Street

_____

**Chicago, IL 60609-4395**
City                    State    ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                    State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                    State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | Janet | De | LaLuz | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ When _____ | Case number, if known _____ |
| MM / DD / YYYY | |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known _____ |
| MM / DD / YYYY | |

**11.  Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

  ☑ No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Janet**    **De**    **LaLuz**        Case number *(if known)* _____

    First Name     Middle Name     Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City      State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    **Janet**          **De**          **LaLuz**                                Case number *(if known)* _____
          First Name      Middle Name      Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?    _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?    _____
                          Number          Street

_____

_____        _____  _____
City                                    State    ZIP Code

Debtor 1        **Janet**        **De**        **LaLuz**

First Name        Middle Name        Last Name

Case number *(if known)*

---

Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Janet | De | LaLuz | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 6:  Answer These Questions for Reporting Purposes

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

❑  No. Go to line 16b.
☑  Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

❑  No. Go to line 16c.
❑  Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts.

_____

**17.  Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

❑  No.  I am not filing under Chapter 7. Go to line 18.

☑  Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑  No
❑  Yes

**18.  How many creditors do you estimate that you owe?**

☑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999
❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000
❑ 25,001-50,000
❑ 50,000-100,000
❑ More than 100,000

**19.  How much do you estimate your assets to be worth?**

☑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million
❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

❑ $0-$50,000
☑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million
❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X  /s/ Janet De LaLuz**

Janet De LaLuz, Debtor 1

Executed on **11/09/2025**
MM/ DD/ YYYY

Debtor 1    **Janet**              **De**              **LaLuz**

      First Name      Middle Name      Last Name

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**  **/s/ Jeff Whitehead**                    Date **11/09/2025**

    Signature of Attorney for Debtor              MM / DD / YYYY

**Jeff Whitehead**
Printed name

**Law Offices of Jeff Whitehead**
Firm name

**180 N Michigan Ave Ste 908**
Number        Street

**Chicago**                                                        **IL**      **60601-7454**
City                                                                  State    ZIP Code

Contact phone **(847) 858-6802**          Email address **jeffwhitehead_2000@yahoo.com**

**6280034**                                                          **IL**
Bar number                                                        State

---

Fill in this information to identify your case and this filing:

| Debtor 1 | Janet | De | LaLuz |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Northern__   District of __Illinois__

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

   1.1 _____

   **Street address, if available, or other description**

   _____

   City          State          ZIP Code

   County

   **What is the property?** Check all that apply.

   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**

   _____

   **Current value of the portion you own?**

   _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   ☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .......................................... → | **$0.00** |

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☑ No

   ☐ Yes

Debtor  **LaLuz, Janet De**                                                    Case number *(if known)* _____

---

3.1  Make: _____    **Who has an interest in the property?** Check one.    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: _____    ❑ Debtor 1 only
❑ Debtor 2 only
Year: _____    ❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another    **Current value of the entire property?**    **Current value of the portion you own?**

Approximate mileage: _____    ❑ **Check if this is community property** (see instructions)

Other information:

[ ]    _____    _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
❑ Yes

4.1  Make: _____    **Who has an interest in the property?** Check one.    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: _____    ❑ Debtor 1 only
❑ Debtor 2 only
Year: _____    ❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another    **Current value of the entire property?**    **Current value of the portion you own?**

Other information:    ❑ **Check if this is community property** (see instructions)

[ ]    _____    _____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...............................................................................  ➡    | **$0.00** |

---

| **Part 3:** | Describe Your Personal and Household Items |

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6.  **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

❑ No
☑ Yes. Describe. .........    | **Household goods and furnishings** |    **$500.00**

7.  **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

❑ No
☑ Yes. Describe. .........    | **Electronics** |    **$700.00**

---

Debtor __LaLuz, Janet De__                                    Case number *(if known)* _____

---

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........  _____

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe. .........  _____

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........  _____

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........  | **Clothes** | $600.00 |

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........  | **Jewelry** | $400.00 |

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........  _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............  _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................  ➡  | $2,200.00 |

---

| Part 4: | Describe Your Financial Assets |

---

Debtor __LaLuz, Janet De_____  Case number *(if known)* _____

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

❑ No

☑ Yes ...................................................................................................................................... Cash: ................... **$300.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

❑ No

☑ Yes .....................                    Institution name:

17.1. Checking account:   **Bank of America** _____   **$225.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

❑ Yes .....................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

❑ Yes. Give specific information about them....................   Name of entity:                                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

❑ Yes. Give specific information about them....................   Issuer name:

Debtor  **LaLuz, Janet De**                                          Case number *(if known)* _____

---

21.  **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.  Type of account:          Institution name:

401(k) or similar plan:  _____    _____

Pension plan:  _____    _____

IRA:  _____    _____

Retirement account:  _____    _____

Keogh:  _____    _____

Additional account:  _____    _____

Additional account:  _____    _____

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☑ No

☐ Yes ......................          Institution name or individual:

Electric:  _____    _____

Gas:  _____    _____

Heating oil:  _____    _____

Security deposit on rental unit:  _____    _____

Prepaid rent:  _____    _____

Telephone:  _____    _____

Water:  _____    _____

Rented furniture:  _____    _____

Other:  _____    _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ....................     Issuer name and description:

_____    _____

_____    _____

_____    _____

Debtor  **LaLuz, Janet De**                                                    Case number *(if known)*  _____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ❏ Yes ....................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____     _____

    _____     _____

    _____     _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ❏ Yes. Give specific
    information about them. ...   _____     _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ❏ Yes. Give specific
    information about them. ...   _____     _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ❏ Yes. Give specific
    information about them. ...   _____     _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ❏ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................        Federal: _____

                                             State: _____

                                             Local: _____

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

Debtor __**LaLuz, Janet De**_____     Case number *(if known)* _____

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........                                                                    _____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........                                                                    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............                                                                    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............                                                                    _____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........                                                                    _____

Debtor **LaLuz, Janet De**  Case number *(if known)* _____

---

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................................ ➜ | **$525.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    | Name of entity: | % of ownership: |
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

---

Debtor **LaLuz, Janet De** _____ Case number *(if known)* _____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................... ➜ | **$0.00**

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

Debtor **LaLuz, Janet De** _____ Case number *(if known)* _____

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes ......................... _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes ......................... _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ............ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................ ➔ | **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information. ............ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................................... ➔ | **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ............................................................................................ ➔ | **$0.00**

56. **Part 2: Total vehicles, line 5** _____ **$0.00**

57. **Part 3: Total personal and household items, line 15** _____ **$2,200.00**

58. **Part 4: Total financial assets, line 36** _____ **$525.00**

59. **Part 5: Total business-related property, line 45** _____ **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52** _____ **$0.00**

61. **Part 7: Total other property not listed, line 54** + _____ **$0.00**

62. **Total personal property.** Add lines 56 through 61. .............. _____ **$2,725.00**   Copy personal property total ➔ + _____ **$2,725.00**

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **10**

Debtor **LaLuz, Janet De**        Case number *(if known)* _____

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................ | **$2,725.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet** | **De** | **LaLuz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern**   District of   **Illinois**

Case number
(if known)

❏ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❏ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Household goods and furnishings** <br> Line from *Schedule A/B:* **6** | $500.00 | ☑ $500.00 <br> ❏ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Electronics** <br> Line from *Schedule A/B:* **7** | $700.00 | ☑ $700.00 <br> ❏ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❏ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ❏ No

      ❏ Yes

Debtor 1    **Janet**      **De**      **LaLuz**      Case number *(if known)* _____

     First Name      Middle Name      Last Name

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Clothes**<br><br>Line from *Schedule A/B:* **11** | **$600.00** | ☑ **$600.00**<br><br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a)** |
| Brief description: **Jewelry**<br><br>Line from *Schedule A/B:* **12** | **$400.00** | ☑ **$400.00**<br><br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a)** |
| Brief description: **Cash**<br><br>Line from *Schedule A/B:* **16** | **$300.00** | ☑ **$300.00**<br><br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Bank of America** **Checking account**<br><br>Line from *Schedule A/B:* **17** | **$225.00** | ☑ **$225.00**<br><br>❑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page **2** of **2**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet** | **De** | **LaLuz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Illinois**

Case number (if known) _____

❑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

❑ Yes. Fill in all of the information below.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Janet**     **De**     **LaLuz** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Northern**    District of    **Illinois** |
| Case number (if known) | |

❑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **City of Chicago Parking Tickets**

Priority Creditor's Name

**Po Box 88292**

Number    Street

**Chicago, IL 60680-1292**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

Total claim: **unknown**    Priority amount: **unknown**    Nonpriority amount: **unknown**

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2**

**Illinois Tollway**
Priority Creditor's Name

**2700 Ogden Ave**
Number       Street

**Downers Grove, IL 60515-1703**
City          State       ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7 7 0 0**

**Total claim** $7,462.45   **Priority amount** $7,462.45   **Nonpriority amount** $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1   American Express

Nonpriority Creditor's Name

**Po Box 981537**

Number          Street

**El Paso, TX 79998-1537**

City          State          ZIP Code

**Last 4 digits of account number**   **7   9   1   3**          **$2,490.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

### 4.2   American Express

Nonpriority Creditor's Name

**Po Box 981537**

Number          Street

**El Paso, TX 79998-1537**

City          State          ZIP Code

**Last 4 digits of account number**   **7   3   0   3**          **$16,014.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

Debtor 1    **Janet**              **De**              **LaLuz**              Case number *(if known)* _____
            First Name         Middle Name         Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims − Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

| 4.3 **Bank of America** | | |
|---|---|---|

Nonpriority Creditor's Name

**4060 Ogletown/Stanton Road**

Number          Street

**Newark, DE 19713**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **9  5  0  6**          **$4,991.06**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

| 4.4 **Bank of America** | | |
|---|---|---|

Nonpriority Creditor's Name

**4060 Ogletown/Stanton Road**

Number          Street

**Newark, DE 19713**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4  5  9  5**          **$4,991.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

Debtor 1 **Janet** **De** **LaLuz**       Case number *(if known)* _____

First Name       Middle Name       Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.5** **Capital One Bank USA**

Nonpriority Creditor's Name

**Po Box 31293**

Number       Street

**Salt Lake Cty, UT 84131-0293**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **3** **1** **8** **1**       **$1,149.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**4.6** **Credit Collections MA**

Nonpriority Creditor's Name

**725 Canton St**

Number       Street

**Norwood, MA 02062-2609**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4** **3** **3** **3**       **$102.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Debtor 1     **Janet**      **De**      **LaLuz**      Case number *(if known)* _____

      First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.7**    **GMFNANCIAL**

Nonpriority Creditor's Name

**Po Box 181145**

Number      Street

**Arlington, TX 76096-1145**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **8**   **7**   **3**   **7**      **$11,347.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.8**    **Midland Credit Management**

Nonpriority Creditor's Name

**320 E Big Beaver Rd Ste 300**

Number      Street

**Troy, MI 48083-1271**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **3**   **9**   **4**   **1**      **$3,801.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page **6** of **11**

Debtor 1    **Janet**              **De**                **LaLuz**                    Case number *(if known)* _____

          First Name        Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

---

**4.9**

**Portfolio Recovery Services**
Nonpriority Creditor's Name

**150 Corporate Blvd**
Number       Street

**Norfolk, VA 23502-4952**
City      State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7   6   8   3**          **$5,369.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.10**

**Portfolio Recovery Services**
Nonpriority Creditor's Name

**150 Corporate Blvd**
Number       Street

**Norfolk, VA 23502-4952**
City      State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8   6   5   5**          **$1,169.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

Debtor 1    **Janet**            **De**              **LaLuz**            Case number *(if known)* _____
            First Name          Middle Name         Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.11**  **TD Bank USA/ Target Credit**

Nonpriority Creditor's Name

**PO Box 673**

Number          Street

**Minneapolis, MN 55440-0673**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    9   1   4   6          **$4,613.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

Debtor 1    **Janet**          **De**          **LaLuz**                    Case number *(if known)* _____

       First Name       Middle Name      Last Name

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.**
**Illinois Attorney General**
Name
**33 S State St Ste 992**
Number        Street

**Chicago, IL 60603-2803**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.2** of *(Check one):*

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**2.**
**Illinois Tollway**
Name
**Po Box 5544**
Number        Street

**Chicago, IL 60680-5491**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.2** of *(Check one):*

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**3.**
**Professional Account Mgmt**
Name
**Po Box 500**
Number        Street

**Horseheads, NY 14845-0500**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.2** of *(Check one):*

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**4.**
**Zwicker and Associates**
Name
**5500 Pearl St Ste 105**
Number        Street

**Rosemont, IL 60018-5303**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.2** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**5.**
**Blitt and Gaines**
Name
**3149 DUNDEE ROAD #301**
Number        Street

**Northbrook, IL 60062**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**6.**
**Blitt and Gaines Attorneys**
Name
**775 Corporate Woods Pkwy**
Number        Street

**Vernon Hills, IL 60061-3112**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.4** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**7.** **Sorman and Frankel**

Name

**180 N La Salle St Ste 2700**

Number        Street

**Chicago, IL 60601-2709**

City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.7** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

Debtor 1 **Janet** **De** **LaLuz** Case number *(if known)* _____
First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $7,462.45 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $7,462.45 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $56,036.06 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $56,036.06 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet** | **De** | **LaLuz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Illinois**_____

Case number
(if known) _____

❑ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number        Street | |
| | City              State              ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number        Street | |
| | City              State              ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number        Street | |
| | City              State              ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number        Street | |
| | City              State              ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | Janet | De | LaLuz |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____  District of  _____**Illinois**_____

Case number
(if known)

❑ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ❑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ❑ No
       ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

       _____
       Name of your spouse, former spouse, or legal equivalent

       _____
       Number        Street

       _____
       City        State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br><br>Check all schedules that apply: |
|---|---|
| **3.1** <br> Name _____ <br><br> Number _____ Street _____ <br><br> City _____ State _____ ZIP Code _____ | ❑ Schedule D, line _____ <br> ❑ Schedule E/F, line _____ <br> ❑ Schedule G, line _____ |
| **3.2** <br> Name _____ <br><br> Number _____ Street _____ <br><br> City _____ State _____ ZIP Code _____ | ❑ Schedule D, line _____ <br> ❑ Schedule E/F, line _____ <br> ❑ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1    **Janet**      **De**      **LaLuz**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   **Northern**   District of   **Illinois**

Case number
(if known)

Check if this is:

❏ An amended filing
❏ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 1. **Fill in your employment information.** | **Employment status** | ☑ Employed<br>❏ Not employed | ❏ Employed<br>❏ Not employed |
| If you have more than one job, attach a separate page with information about additional employers. | **Occupation** | **Assocaiate** | **N/A** |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **Brighton Park Neighborhood Council** | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **4477 S Archer Ave**<br>Number    Street | Number    Street |
| | | **Chicago, IL 60632-2845**<br>City    State    ZIP Code | City    State    ZIP Code |
| | **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,965.29 | |
| 3. **Estimate and list monthly overtime pay.** | 3. + | $0.00 | + |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $4,965.29 | |

Official Form 106I        **Schedule I: Your Income**        page **1**

Debtor 1    **Janet**      **De**      **LaLuz**      Case number *(if known)* _____

     First Name      Middle Name      Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................➔ 4. | $4,965.29 | |
| 5. | **List all payroll deductions:** | | |
| 5a. | **Tax, Medicare, and Social Security deductions**   5a. | $1,037.42 | |
| 5b. | **Mandatory contributions for retirement plans**   5b. | $0.00 | |
| 5c. | **Voluntary contributions for retirement plans**   5c. | $0.00 | |
| 5d. | **Required repayments of retirement fund loans**   5d. | $0.00 | |
| 5e. | **Insurance**   5e. | $0.00 | |
| 5f. | **Domestic support obligations**   5f. | $0.00 | |
| 5g. | **Union dues**   5g. | $0.00 | |
| 5h. | **Other deductions.** Specify: _____   5h. **+** | $0.00 **+** | |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6. | $1,037.42 | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $3,927.86 | |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. | $0.00 | |
| 8b. | **Interest and dividends**   8b. | $0.00 | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. | $0.00 | |
| 8d. | **Unemployment compensation**   8d. | $0.00 | |
| 8e. | **Social Security**   8e. | $0.00 | |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____   8f. | $0.00 | |
| 8g. | **Pension or retirement income**   8g. | $0.00 | |
| 8h. | **Other monthly income.** Specify: _____   8h. **+** | $0.00 **+** | |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $0.00 | |
| 10. | **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $3,927.86 **+** | **=** $3,927.86 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. **+**   $0.00

Debtor 1   **Janet**          **De**          **LaLuz**                    Case number *(if known)* _____
      First Name     Middle Name     Last Name

| | | |
|---|---|---|
| 12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | **$3,927.86** |
| | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

   ☑ No.

   ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet** | **De** | **LaLuz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Illinois** | |
| Case number (if known) | | | |

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ❑ Yes. **Does Debtor 2 live in a separate household?**

       ❑ No

       ❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ❑ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **16** | ❑ No. ☑ Yes. |
| **Child** | **12** | ❑ No. ☑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ❑ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,000.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$75.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | Janet | De | LaLuz | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | **Your expenses** |
|---|---|---|

5.  **Additional mortgage payments for your residence,** such as home equity loans — 5. **$0.00**

6.  **Utilities:**

   6a.  Electricity, heat, natural gas — 6a. **$315.00**

   6b.  Water, sewer, garbage collection — 6b. **$40.00**

   6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. **$205.00**

   6d.  Other. Specify: _____ — 6d. **$0.00**

7.  **Food and housekeeping supplies** — 7. **$1,200.00**

8.  **Childcare and children's education costs** — 8. **$150.00**

9.  **Clothing, laundry, and dry cleaning** — 9. **$150.00**

10.  **Personal care products and services** — 10. **$100.00**

11.  **Medical and dental expenses** — 11. **$175.00**

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. **$475.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. **$14.00**

14.  **Charitable contributions and religious donations** — 14. **$25.00**

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance — 15a. **$0.00**

   15b. Health insurance — 15b. **$0.00**

   15c. Vehicle insurance — 15c. **$0.00**

   15d. Other insurance. Specify: _____ — 15d. **$0.00**

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ — 16. **$0.00**

17.  **Installment or lease payments:**

   17a. Car payments for Vehicle 1 — 17a. **$0.00**

   17b. Car payments for Vehicle 2 — 17b. **$0.00**

   17c. Other. Specify: _____ — 17c. **$0.00**

   17d. Other. Specify: _____ — 17d. **$0.00**

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** — 18. **$0.00**

19.  **Other payments you make to support others who do not live with you.**
Specify: _____ — 19. **$0.00**

20.  **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a. Mortgages on other property — 20a. **$0.00**

   20b. Real estate taxes — 20b. **$0.00**

   20c. Property, homeowner's, or renter's insurance — 20c. **$0.00**

   20d. Maintenance, repair, and upkeep expenses — 20d. **$0.00**

   20e. Homeowner's association or condominium dues — 20e. **$0.00**

Debtor 1    **Janet**              **De**              **LaLuz**              Case number *(if known)* _____

            First Name   Middle Name   Last Name

---

21.  **Other.** Specify: _____    21.  **+** _____ **$0.00**

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.  _____ **$3,924.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  _____ **$3,924.00**

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.  _____ **$3,927.86**

    23b. Copy your monthly expenses from line 22c above.    23b.  **–** _____ **$3,924.00**

    23c. Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income.*    23c.  _____ **$3.86**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet** | **De** | **LaLuz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Illinois** | |
| Case number (if known) | | | |

❑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................ | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................. | **$2,725.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................... | **$2,725.00** |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... | **$7,462.45** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+   $56,036.06** |
| **Your total liabilities** | **$63,498.51** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................ | **$3,927.86** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | **$3,924.00** |

| Debtor 1 | Janet | De | LaLuz | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $4,583.34

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $7,462.45 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $7,462.45 |

Fill in this information to identify your case:

Debtor 1      __Janet_____ __De_____ __LaLuz_____
              First Name        Middle Name   Last Name

Debtor 2
(Spouse, if filing)  _____
              First Name        Middle Name   Last Name

United States Bankruptcy Court for the:    __Northern District of Illinois__

Case number
(if known)    _____

☐ Check if this is an
  amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** __/s/ Janet De LaLuz_____

Janet De LaLuz, Debtor 1

Date __11/09/2025_____
     MM/ DD/ YYYY

**Declaration About an Individual Debtor's Schedules**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet** | **De** | **LaLuz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Illinois**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From ___ To ___ | Number    Street | From ___ To ___ |
| City        State  ZIP Code | | City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From ___ To ___ | Number    Street | From ___ To ___ |
| City        State  ZIP Code | | City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **1**

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>❏ Operating a business | **$29,293.00** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>❏ Operating a business | **$28,876.00** | ❏ Wages, commissions, bonuses, tips<br>❏ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❏ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | _____ | _____ | _____ | _____ |

Debtor 1    **Janet**              **De**                **LaLuz**                              Case number *(if known)* _____

      First Name         Middle Name        Last Name

**Part 3:**   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❑ No. Go to line 7.

❑ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

❑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br>_____<br>Number      Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | ❑ Mortgage<br>❑ Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br>_____<br>Number      Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | |

Debtor 1    **Janet**      **De**      **LaLuz**      Case number *(if known)* _____

    First Name      Middle Name      Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number   Street | _____ | | | |
| _____<br>City   State   ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Bank of America vs De La Luz**<br><br>Case number **20241129127** | **Breach of Contract** | **Cook County Circuit Court**<br>Court Name<br>**50 W Washington St**<br>Number   Street<br>**Chicago, IL 60602-1305**<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **AMERICAN EXPRESS NATIONAL BANK -vs- De La Luz**<br><br>Case number **20251102453** | **Breach of Contract** | **Cook County Circuit Court**<br>Court Name<br>**50 W Washington St**<br>Number   Street<br>**Chicago, IL 60602-1305**<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **4**

Debtor 1    **Janet**      **De**      **LaLuz**      Case number *(if known)* _____

     First Name      Middle Name      Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number    Street

**Explain what happened**

❑ Property was repossessed.

❑ Property was foreclosed.

❑ Property was garnished.

❑ Property was attached, seized, or levied.

_____
City      State    ZIP Code

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❑ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number    Street

_____
City      State    ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❑ Yes

---

**Part 5:**   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

Debtor 1    **Janet**        **De**        **LaLuz**        Case number *(if known)*

       First Name        Middle Name        Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |

---

**Part 6:**   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of Jeff Whitehead**<br>Person Who Was Paid | **Attorney's Fee** | | |
| **180 N Michigan Ave Ste 908**<br>Number      Street | | **12/4/2025** | **$2,000.00** |
| | | | |
| **Chicago, IL 60601-7454**<br>City                State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number      Street | | | |
| | | | |
| City                State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

❏ Yes. Fill in the details.

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____<br>Person Who Received Transfer<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City   State   ZIP Code<br><br>Person's relationship to you _____ | | | _____ |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❏ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____<br><br>_____ | | _____ |

<table><tr><td style="background:black;color:white">Part 8:</td><td>List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</td></tr></table>

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❏ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number   Street**<br><br>_____<br>**City   State   ZIP Code** | **XXXX–** ___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❏ Yes. Fill in the details.

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | **Who else had access to it?** | **Describe the contents** | **Do you still have it?** |
|---|---|---|---|
| | | | ❏ No |
| | | | ❏ Yes |
| **Name of Financial Institution** | **Name** | | |
| **Number    Street** | **Number    Street** | | |
| | **City          State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

❏ Yes. Fill in the details.

| | **Who else has or had access to it?** | **Describe the contents** | **Do you still have it?** |
|---|---|---|---|
| | | | ❏ No |
| | | | ❏ Yes |
| **Name of Storage Facility** | **Name** | | |
| **Number    Street** | **Number    Street** | | |
| | **City          State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

---

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

| | **Where is the property?** | **Describe the property** | **Value** |
|---|---|---|---|
| | | | _____ |
| **Owner's Name** | **Number    Street** | | |
| **Number    Street** | | | |
| | **City          State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

Debtor 1    **Janet**          **De**            **LaLuz**                        Case number *(if known)*
            First Name        Middle Name        Last Name

| Part 10: | Give Details About Environmental Information |

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Fill in the details.

| | **Governmental unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number     Street | Number     Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

| | **Governmental unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number     Street | Number     Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page **10**

Debtor 1  **Janet**               **De**              **LaLuz**                         Case number *(if known)* _____

First Name        Middle Name        Last Name

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| Case title _____ | | ❑ Pending |
| **Court Name** | | ❑ On appeal |
| _____ | | ❑ Concluded |
| **Number    Street** | | |
| _____ | | |
| Case number | **City        State    ZIP Code** | |

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ❑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ❑ A partner in a partnership

    ❑ An officer, director, or managing executive of a corporation

    ❑ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

❑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _____<br>**Name** | | EIN:  __ __ – __ __ __ __ __ __ __ |
| _____<br>**Number    Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____ | | From _____ To _____ |
| **City        State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

❑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____<br>**Name** | **MM / DD / YYYY** |
| _____<br>**Number    Street** | |
| _____<br>**City        State    ZIP Code** | |

Case 25-18579    Doc 1    Filed 12/03/25    Entered 12/03/25 19:00:32    Desc Main
Document     Page 56 of 73

Debtor 1    **Janet**      **De**      **LaLuz**            Case number *(if known)* _____

        First Name        Middle Name       Last Name

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**   **/s/ Janet De LaLuz** _____

     Signature of Janet De LaLuz, Debtor 1

     Date **11/09/2025** _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **12**

Fill in this information to identify your case:

Debtor 1 __Janet__ __De__ __LaLuz__
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) _____
First Name Middle Name Last Name

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7      **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

| Debtor 1 | **Janet** | **De** | **LaLuz** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 2:   List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: _____ | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: _____ | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: _____ | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: _____ | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: _____ | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: _____ | ❑ No |
| Description of leased property: | ❑ Yes |

---

## Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X  /s/ Janet De LaLuz** _____

Signature of Debtor 1

Date **11/09/2025** _____
   MM/  DD/  YYYY

---

Official Form 108   **Statement of Intention for Individuals Filing Under Chapter 7**   page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Northern District of Illinois

**In re**    LaLuz, Janet De

Case No. _____

**Debtor**                                                    Chapter _____**7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑   **FLAT FEE**

For legal services, I have agreed to accept ............................................................................   **$2,000.00**

Prior to the filing of this statement I have received ...................................................................   **$2,000.00**

Balance Due ............................................................................................................................   **$0.00**

☐   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...................................   _____

The undersigned shall bill against the retainer at an hourly rate of .........................................   _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.   _____**$338.00**_____ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

4.   The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

5.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/09/2025** | **/s/ Jeff Whitehead** |
|---|---|
| *Date* | Jeff Whitehead |
| | *Signature of Attorney* |

Bar Number: 6280034
Law Offices of Jeff Whitehead
180 N Michigan Ave Ste 908
Chicago, IL 60601-7454
Phone: (847) 858-6802

**Law Offices of Jeff Whitehead**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE: **LaLuz, Janet De**                                          CASE NO

                                                                  CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **11/09/2025**          Signature                              **/s/ Janet De LaLuz**

                                                          Janet De LaLuz, Debtor

American Express
Po Box 981537
El Paso, TX 79998-1537

Bank of America
4060 Ogletown/Stanton Road
Newark, DE 19713

Blitt and Gaines
3149 DUNDEE ROAD #301
Northbrook, IL 60062

Blitt and Gaines Attorneys
775 Corporate Woods Pkwy
Vernon Hills, IL 60061-3112

Capital One Bank USA
Po Box 31293
Salt Lake Cty, UT 84131-0293

City of Chicago Parking
Tickets
Po Box 88292
Chicago, IL 60680-1292

Credit Collections MA
725 Canton St
Norwood, MA 02062-2609

GMFNANCIAL
Po Box 181145
Arlington, TX 76096-1145

Illinois Attorney General
33 S State St Ste 992
Chicago, IL 60603-2803


Illinois Tollway
2700 Ogden Ave
Downers Grove, IL 60515-1703


Illinois Tollway
Po Box 5544
Chicago, IL 60680-5491


Midland Credit Management
320 E Big Beaver Rd Ste 300
Troy, MI 48083-1271


Portfolio Recovery Services
150 Corporate Blvd
Norfolk, VA 23502-4952


Professional Account Mgmt
Po Box 500
Horseheads, NY 14845-0500


Sorman and Frankel
180 N La Salle St Ste 2700
Chicago, IL 60601-2709


TD Bank USA/ Target Credit
PO Box 673
Minneapolis, MN 55440-0673

Zwicker and Associates
5500 Pearl St Ste 105
Rosemont, IL 60018-5303

Law Office of Jeff A. Whitehead
180 North Michigan Avenue, Suite 908
Chicago, IL 60601
312.648.0473
312.276.8759 (fax)
Jeffwhitehead_2000@yahoo.com

**Re: Chapter 7 Bankruptcy (Conversion from Chapter 13)**

I appreciate the opportunity to help you resolve your financial situation. After reviewing your finances, I agree with you that filing for bankruptcy under Chapter 7 is the best solution.

This letter will serve as an engagement agreement that will establish the terms of our relationship. When you sign it, it will become a contract between us.

In passing the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, the Congress imposed strict requirements upon attorneys representing debtors, requiring them to specify what duties they will perform and to make certain representations to clients. Those specific duties and representations are set out in the representation agreement.

Please read this agreement carefully and be sure you understand it. If you have any questions, you should consult with me before signing. Once you are satisfied with the agreement, please sign and return a copy to me.

Following are the specifics of our proposed representation. I will:

1. Meet with you to discuss your financial situation and possible solutions;

2. Provide the section 342(b)(1) notice, which sets out the purpose, benefits, and costs of filing under Chapters 7, 11, 12 or 13; the types of services available from credit counseling agencies; and the penalties of committing certain bankruptcy crimes, and will explain the notice to you;

3. Prepare the necessary bankruptcy petition, schedules, statement of affairs, and other documents, and review and file the bankruptcy case under the chapter you select;

4. Prepare for and accompany you to the section 341 first meeting of creditors;

5. Assist in the amendments to the papers filed and the production of such documents as the trustee requests;

6. Assist you in the negotiation and execution of reaffirmation agreements that are in your best interest and meet all requirements of the law.

For this work, we will charge a flat fee of $2000.00.

The retainer fee and filing costs must be paid prior to the filing of your case with the court.

Any other services, such as defense of a complaint to determine dischargeability of a debt or of a United States Trustee motion to convert this case or dismiss it as an abusive filing, are not included and will be provided only through a separate representation agreement.

You agree to furnish all information necessary to enable us to complete the papers that will be filed in your case and that such information will be complete, accurate, and truthful.

If you fail to provide the full amount of the retainer as set out herein, we may be relieved from the responsibility of performing any further work under this representation agreement.

We may also be relieved of the responsibility to represent you if you fail to provide us information or documents in time and with sufficient adequacy to enable us to respond to any inquiry, or if you do not appear at any court hearing. If these failings occur after we have filed your bankruptcy case, we can only be relieved if the court allows our withdrawal. You will receive notice of any motion and hearing on our desire to withdraw.

This document represents the complete agreement between the parties and may not be modified or replaced except by a subsequent written agreement executed by the parties.

I have enclosed disclosures required by the Bankruptcy Code and a questionnaire. Please sign these disclosures, complete the questionnaire and return them to me as soon as possible.

Sincerely and agreed:

___/s/ Jeff Whitehead_____
Jeff Whitehead
A Debt Relief Agent


_____      _____
Janet De La Luz

Debtor 1     Janet          De                                    Case number *(if known)* _____
             First Name     Middle Name     Last Name

41.  41a.  **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A
           Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
           (Official Form 106Sum),* you may refer to line 3b on that form...................................     _____

                                                                                              x  .25
     41b.  **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).
           Multiply line 41a by 0.25.                                                     _____   Copy    _____
                                                                                                        here →

42.  **Determine whether the income you have left over after subtracting all allowed deductions
     is enough to pay 25% of your unsecured, nonpriority debt.**

     Check the box that applies:

     ☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.*
        Go to Part 5.

     ☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption
        of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

## Part 4:  Give Details about Special Circumstances

43.  **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no
     reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

     ☑ No.    Go to part 5.

     ☐ Yes.   Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item.
              You may include expenses you listed in line 25.

              You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary
              and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## Part 5:  Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X *Janet De la Roz*
Signature of Debtor 1

Date 11/09/2025
     MM/ DD/ YYYY

Debtor 1  **Janet**  **De**  _____  Case number *(if known)* _____
First Name  Middle Name  Last Name

**Part 3: Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X __Janet De La Rey_____
Signature of Debtor 1

Date __11/09/2025__
MM/ DD/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION (EASTERN)

IN RE: LaLuz, Janet De

CASE NO

CHAPTER 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___11/09/2025___   Signature _____

Janet De LaLuz, Debtor

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Janet | De | LaLuz | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Northern District of Illinois**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Janet De La Luz_

Janet De LaLuz, Debtor 1

Date 11/09/2025
MM/ DD/ YYYY

---

| Debtor 1 | Janet | De | LaLuz | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Janet De LaLuz_____

Janet De LaLuz, Debtor 1

Executed on **11/09/2025**
MM/ DD/ YYYY

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____

Signature of Janet De LaLuz, Debtor 1

Date 11/09/2025

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?*

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

| Debtor 1 | Janet | De | LaLuz | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____
Signature of Debtor 1

Date 11/09/2025
MM/ DD/ YYYY